1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  JASON RICHARD PRESTON,          )   Case No. LA CV 16-1839- ODW (JCG)
                                    )
13              Petitioner,         )   **ORDER ACCEPTING REPORT AND**
                                    )   **RECOMMENDATION OF UNITED**
14          v.                      )   **STATES MAGISTRATE JUDGE**
                                    )
15  WILLIAM MUNIZ,                  )
                                    )
16              Respondent.         )
                                    )
17  _____     )

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate

19  Judge's Report and Recommendation, and the remaining record.  No objections to the

20  Report and Recommendation have been filed.

21

22  //

23

24  //

25

26  //

27

28  //

Accordingly, IT IS ORDERED THAT:

1.      The Report and Recommendation is approved and accepted;

2.      Judgment be entered dismissing this action with prejudice; and

3.      The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not shown that "jurists of reason would find it debatable whether": (1) "the petition states a valid claim of the denial of a constitutional right"; and (2) "the district court was correct in its procedural ruling." *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Thus, the Court declines to issue a certificate of appealability.

DATED:  April 26, 2017

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE